**Electronically Filed**
**Supreme Court**
**SCWC-30630**
**06-DEC-2011**
**08:29 AM**

NO. SCWC-30630

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

COUNTY OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

H. KIMURA STORE, INC., IRENE KIMURA, and BRIAN KIMURA,
Respondents/Defendants-Appellees,

and

MICHAEL TIERNEY, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 00-1-0377)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/defendant-appellant Michael Tierney's application for writ of certiorari, filed on November 8, 2011, is hereby rejected.

DATED: Honolulu, Hawai‘i, December 6, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

